# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2750

_____

Hollis Devin Martz

*Plaintiff - Appellant*

v.

Manya Wood, Deputy Prosecuting Attorney, Sevier County; Tom Cooper, Judge;
Chad Dowdle, Deputy, Sevier County Sheriff's Office; Charles A. Yeargan, Judge,
Sevier County Circuit Court; Erin Hunter, Deputy Prosecuting Attorney

*Defendants*

Sheriff Benny Simmons

*Defendant - Appellee*

Kris Hundley, Deputy; Michael Barnes, Deputy; Thomas Jackson, Deputy;
Matthew D. Webb, Deputy; Johnny Cooke, Deputy; Greg Davignon, Deputy;
Robert Gentry, Deputy; Bryan Chessir; Wendy Kelley

*Defendants*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: March 20, 2020
Filed: April 10, 2020
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Hollis Martz appeals the district court's[1] adverse grant of summary judgment on a due process claim arising out of a delay in his first appearance while he was a pretrial detainee.  Having reviewed the record *de novo* in the light most favorable to Martz and having drawn all reasonable inferences in his favor, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that, given the totality of the circumstances, summary judgment was properly granted for the reasons stated by the district court, see Hayes v. Faulkner Cty., 388 F.3d 669, 673-675 (8th Cir. 2004).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.